UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-CR-68-WWB-LHP

JOHN DOE
  a/k/a Alfredo Quintero Segarra
  a/k/a Daniel Santiago

## **NOTICE OF POSSIBLE CONFLICT OF INTEREST**

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

1. None.

Dated: May 4, 2022

                        Respectfully submitted,

                        ROGER B. HANDBERG
                        United States Attorney

        By:    */s/ Shannon R. Laurie*
               Shannon R. Laurie
               Assistant United States Attorney
               Florida Bar No. 102711
               400 W. Washington Street, Suite 3100
               Orlando, Florida 32801
               Telephone:  (407) 648-7500
               Facsimile:   (407) 648-7643
               E-mail: Shannon.Laurie@usdoj.gov

U.S. v. JOHN DOE                    Case No. 6:22-CR-68-WWB-LHP

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Shay Ryan, Assistant Federal Defender

/s/ *Shannon R. Laurie*
Shannon R. Laurie
Assistant United States Attorney
Florida Bar No. 102711
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: Shannon.Laurie@usdoj.gov